UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-363-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| SHAMIEKA GOODALL, | ) | |
| Defendant | ) | |

Upon motion of Defendant Shamieka Goodall, it is hereby ORDERED that Docket Entry Number 47 and and any resulting Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendants' attorneys.

This the **14** day of September 2016.

JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE