UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-363-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| | ) | |
| SHAMIEKA GOODALL | ) | |
| Defendant | ) | |

Upon the motion of the Defendant SHAMIEKA GOODALL, and for GOOD CAUSE SHOWN, it is hereby ORDERED that Docket Entry Number 64 be sealed until such time as requested to be unsealed by the Defendant and that a copy of any accompanying Order or Subpoenas issued as a result of that Order be likewise sealed.

It is FURTHER ORDERED that the Clerk provide a signed copy of the ORDER to Defendant GOODALL's counsel.

IT IS SO ORDERED this __15__ day of December 2016.

JAMES C. DEVER III
Chief United States District Judge