UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-363-D-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER FOR DISMISSAL |
| | ) | |
| SHAMIEKA GOODALL | ) | |
| a/k/a Mieka Kimball | ) | |
| a/k/a Diva | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed herein, the United States Attorney for the Eastern District of North Carolina hereby dismisses Count Two of the Indictment, so as to simplify the Government's presentation to the jury at trial.

Respectfully submitted this the 4th day of January, 2017.

JOHN STUART BRUCE
United States Attorney

BY: /s/ Dennis M. Duffy
DENNIS M. DUFFY, Assistant U.S. Attorney
310 New Bern Avenue, Suite 800
Raleigh, North Carolina 27601
Telephone: (919) 856-4530;
Fax: (919) 856-4487
E-mail: dennis.duffy@usdoj.gov
NC Bar No. 27225

Leave of Court is granted for the filing of the foregoing dismissal.

1/4/17
DATE

JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE