UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-363-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| | ) | |
| SHAMIEKA GOODALL | ) | |
|       Defendant | ) | |

Upon the motion of the Defendant SHAMIEKA GOODALL, and for the reasons outlined in the Defendant's Motion to Seal, it is hereby ORDERED that Docket Entry Number 87 be sealed until such time as otherwise unsealed by the Court.

IT IS SO ORDERED this ___5___ day of January 2017.

                                                                         JAMES C. DEVER III
                                                                        Chief United States District Judge