UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
__WESTERN__ DIVISION

CASE NUMBER:  5:15-CR-363-1D

**UNITED STATES OF AMERICA**

VS.                                                              **ORDER**

**SHAMIEKA GOODALL**

IT IS HEREBY ORDERED that the following Government Exhibits be returned to  Special Agent Steven F. Jessup  and remain in his or her custody through the time of sentencing and any proceeding on appeal or review.

| EXHIBIT # | EXHIBIT DESCRIPTION |
|---|---|
| #142 | Firearm - Mossberg Shotgun Sheila |
| #143 | Firearm - 45 caliber Glock handgun |
| #280 | Chair |
| #287 | Bolt cutters |
| #288 | Purple shears |
| #295 | Shovel - blue |
| #296 | Shovel - black |
| #297 | Pick |
| #300 | Stun gun |
|  |  |

THIS 20 DAY OF JANUARY, 2017.

AGENT _[signature]_

_[signature]_
JAMES C. DEVER III
CHIEF U.S. DISTRICT JUDGE