IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-363-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SHAMIEKA GOODALL, | ) | |
| Defendant. | ) | |

On January 23, 2017, defendant filed a motion for judgment of acquittal (post verdict) [D.E. 117]. The motion is DENIED.

SO ORDERED. This 25 day of January 2017

JAMES C. DEVER III
Chief United States District Judge