# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

## NO. 5:15-CR-363-D

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **SHAMIEKA GOODALL** ) | |
| **Defendant** ) | |

Upon the Defendant's motion, it is hereby ORDERED that Docket Entry Number 132 and in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that a copy of this order by sent by the Clerk of Court to Defense Counsel and the Office of the United States Attorney.

This the **30** day of May 2017.

JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE